Same case below, 339 Fed. Appx. 785.

**No. 09-9100. Daniel Trevino, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1075, 130 S. Ct. 2107, 176 L. Ed. 2d 736, 2010 U.S. LEXIS 3434.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9109. Benny Lee Hodge, Petitioner v. Philip Parker, Warden.**

559 U.S. 1075, 130 S. Ct. 2107, 176 L. Ed. 2d 736, 2010 U.S. LEXIS 3435,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 579 F.3d 627.

**No. 09-9117. Rashan Williams, Petitioner v. Burl Cain, Warden.**

559 U.S. 1075, 130 S. Ct. 2107, 176 L. Ed. 2d 736, 2010 U.S. LEXIS 3300.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 462.

**No. 09-9119. John Witherow, Petitioner v. Jackie Crawford, et al.**

559 U.S. 1075, 130 S. Ct. 2107, 176 L. Ed. 2d 736, 2010 U.S. LEXIS 3310.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9124. Carson D. Combs, Petitioner v. Laurie Voigt, et al.**

559 U.S. 1075, 130 S. Ct. 2107, 176 L. Ed. 2d 736, 2010 U.S. LEXIS 3287.

April 19, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District IV, denied.

**No. 09-9128. Kelvin Parker, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

559 U.S. 1075, 130 S. Ct. 2108, 176 L. Ed. 2d 736, 2010 U.S. LEXIS 3395.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-9129. Shongo Collier, Petitioner v. Illinois.**

559 U.S. 1076, 130 S. Ct. 2108, 176 L. Ed. 2d 736, 2010 U.S. LEXIS 3430.

April 19, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 387 Ill. App. 3d 630, 326 Ill. Dec. 760, 900 N.E.2d 396.

**No. 09-9132. Tarone D. Johnson, Petitioner v. South Carolina, et al.**

559 U.S. 1076, 130 S. Ct. 2108, 176 L. Ed. 2d 736, 2010 U.S. LEXIS 3461.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.